## HICKS et al. v. ROSENBAUM.

(Supreme Court, Appellate Division, First Department. January 14, 1916.)

DISCOVERY ☞58—EXAMINATION OF PARTY BEFORE TRIAL—EXTENT—ISSUES.
  An order for examination of defendant before trial should confine the examination to the issues raised by the denials in his answer.

  [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 72; Dec. Dig. ☞58.]

Appeal from Special Term, New York County.

Action by John H. Hicks and others against William Rosenbaum. From denial of motion to vacate, limit, or restrict an order for examination of defendant before trial, defendant appeals. Modified and affirmed.

Argued before CLARKE, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and PAGE, JJ.

George B. Hayes, of New York City, for appellant.
David H. Miller, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by confining the examination to the issues raised by the denials in the answer, and, as so modified, affirmed, without costs.